FILED

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0741

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0741

THOMAS F. MIETZEL, LLC, a/k/a
THOMAS F. MEITZEL, LLC and
THOMAS F. MIETZEL

          Appellees,

     v.

CREATIVE WEALTH
ACQUISITIONS & HOLDINGS,
LLC, BRAD QUINTANA, and
CHAD McCALL

          Appellants.

PROPOSED ORDER

Pursuant to M. R. App. Civ. P. 26, Appellees are hereby granted up to and including May 17, 2023, in which to file their opening brief.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 12 2023